

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00075-CV

_____

CARLA SIGLER, IN HER CAPACITY AS BOSQUE COUNTY TREASURER, Appellant

V.

TONYA FOSSETT, Appellee

On Appeal from the 220th District Court
Bosque County, Texas
Trial Court No. CV22-094

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     November 16, 2022
Date Decided:       November 17, 2022

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.